# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH FRIEDMAN,<br><br>    Plaintiff<br><br>v.<br><br>ELISSA LUZAICH, et al.,<br><br>    Defendants | Case No.: 2:19-cv-00705-APG-BNW<br><br>**Order** |

It has come to the court's attention that plaintiff Kenneth Friedman died in December 2020. The court thus files this suggestion of death on the record.

I ORDER that any successor or representative wishing to substitute as the plaintiff must make a motion to substitute within 90 days of the date of this order. This period may be extended under Federal Rule of Civil Procedure 6. *Zanowick v. Baxter Healthcare Corp.*, 850 F.3d 1090, 1094 (9th Cir. 2017). Failure to file a motion to substitute or request an extension of time within 90 days of this order will result in dismissal of this case. Fed. R. Civ. P. 25.

DATED this 25th day of March, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE