UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH FRIEDMAN, | Case No.: 2:19-cv-00705-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| ELISSA LUZAICH, et al., | |
| Defendants | |

When it came to the court's attention that plaintiff Kenneth Friedman died in December 2020, I filed a suggestion of death on the record and gave any successor or representative wishing to substitute as the plaintiff 90 days to file a motion to do so. ECF No. 12. I noted that failure to file a motion to substitute or request an extension of time would result in dismissal of this case. Fed. R. Civ. P. 25. No one has substituted as plaintiff or moved to do so.

I THEREFORE ORDER that plaintiff Kenneth Friedman's first amended complaint **(ECF No. 11) is DISMISSED** and the clerk of court is instructed to close this case.

DATED this 9th day of July, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE